**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**ZONE-OH LLC,**

**Plaintiff,**

**v.**

**PADDACK WRECKER SERVICES INC.,** ***et al.*****,**

**Defendants.**

**Civil Action 2:26-cv-553**
**Judge Algenon L. Marbley**
**Magistrate Judge Chelsey M. Vascura**

# ORDER

This matter is before the Court on the Motion of Defendants Southlake Specialty Insurance Company and Interstate Claims Management LLC to Transfer Venue to the Southern District of Indiana (ECF No. 26). No party has filed a memorandum in opposition and the time to do so has now expired. Accordingly, for good cause shown, the Motion is **GRANTED**. The Clerk is **DIRECTED** to transfer this case to the United States District Court for the Southern District of Indiana, Indianapolis Division, for further proceedings.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE